1 | KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
2 | bhur@keker.com
633 Battery Street
3 | San Francisco, CA 94111-1809
Telephone: 415 391 5400
4 | Facsimile: 415 397 7188

5 | Attorney for Defendant
INES CROSBY

8 | PHILLIP A. TALBERT
United States Attorney
9 | TODD A. PICKLES
MATTHEW M. YELOVICH
10 | Assistant United States Attorneys
501 I Street, Suite 10-100
11 | Sacramento, CA 95814
Telephone: 916 554 2700
12 | Facsimile: 916 554 2900

Attorney for Plaintiff
14 | UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>    Defendants. | Case No. 2:17-CR-0006 MCE<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>Date Filed: January 5, 2017 |

| | |
|---|---|
| 1 | This stipulation is entered into by the United States of America and Defendant Ines |
| 2 | Crosby, by and through their respective counsel: |
| 3 | **WHEREAS**, on January 19, 2017, certain Special Conditions of Release were imposed as |
| 4 | to Defendant Ines Crosby, *see* Dkt. 17; |
| 5 | **WHEREAS**, Special Condition 5 required Ms. Crosby to surrender her passport to the |
| 6 | Clerk of the United States District Court, and Special Condition 4 requires Ms. Crosby to limit all |
| 7 | travel to the Eastern and Northern Districts of California unless otherwise approved in advance by |
| 8 | the pretrial services officer; |
| 9 | **WHEREAS**, Ms. Crosby wishes to join her family for a vacation in Belize from June 9- |
| 10 | 19; |
| 11 | **WHEREAS**, the United States has no objection to modifying Ms. Crosby's conditions of |
| 12 | release to permit her to travel with her family to Belize for a period of 10 days; and |
| 13 | **WHEREAS**, the Pretrial Services office does not, as a policy matter, express a position |
| 14 | on requests for international travel, but does report that Ms. Crosby is doing well and is in full |
| 15 | compliance with her conditions of release. |
| 16 | **THEREFORE**, the parties hereby stipulate as follows: |
| 17 | **STIPULATION** |
| 18 | 1. Ms. Crosby respectfully requests that the Court temporarily modify Special |
| 19 | Condition 4 of Ms. Crosby's conditions of release to permit her to travel on a one-time basis with |
| 20 | her family to Belize from June 9-19, 2017. |
| 21 | 2. Ms. Crosby respectfully requests that the Court temporarily modify Special |
| 22 | Condition 5 of Ms. Crosby's conditions of release to permit Ms. Crosby to retrieve her United |
| 23 | States passport from the Clerk of the United States District Court and travel on a one-time basis |
| 24 | with her family to Belize from June 9-19, 2017. Ms. Crosby will be required to return her United |
| 25 | States passport to the Clerk within seven days of her return. |
| 26 | 3. Ms. Crosby and the government agree to this stipulation as indicated by their |
| 27 | signatures below. The parties respectfully request that the Court approve the stipulation and enter |
| 28 | an Order thereupon. A form of Proposed Order is filed herewith. |

| | | |
|---|---|---|
| Dated: May 9, 2017 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benedict Y. Hur* <br> BENEDICT Y. HUR |
| | | Attorney for Defendant <br> INES CROSBY |
| Dated: May 9, 2017 | | PHILLIP A. TALBERT <br> United States Attorney |
| | By: | */s/ Todd A. Pickles* (as authorized on 5/9/17) <br> TODD A. PICKLES <br> MATTHEW M. YELOVICH |
| | | Attorneys for Plaintiff <br> UNITED STATES OF AMERICA |

**ORDER**

The Court having considered the above joint request, and good standing appearing therefore, HEREBY ORDERS as follows:

1. The Special Conditions of Release for Defendant Ines Crosby, *see* Dkt. 17, are hereby modified as follows:

    i) Ines Crosby is permitted to travel with her family to Belize from June 9 through June 19, 2017.

    ii) The Clerk of the United States District Court for the Eastern District of California is directed to return Ms. Crosby's passport to her so that she may travel to Belize from June 9 through June 19, 2017. Ms. Crosby is required to return her passport to the Clerk on or before June 26, 2017.

2. All other Conditions of Release remain in place.

**IT IS SO ORDERED.**

Dated: May 11, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE