KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant INES S. CROSBY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>    Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DEFENDANT INES S. CROSBY TO APPEAR TELEPHONICALLY**<br><br>Date: May 19, 2017<br>Time: 2:00 p.m.<br>Courtroom: 24, 8th Floor<br>Judge: Hon. Carolyn K. Delaney<br><br>Date Filed: January 5, 2017<br><br>Trial Date: Not Set |

1     FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

2     Defendant Ines S. Crosby's Request to Appear Telephonically at hearing on Plaintiff's

3 Motion for Protective Order Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure is

4 hereby granted and approved. Benedict Y. Hur of Keker, Van Nest & Peters LLP will appear

5 telephonically at the hearing scheduled for May 19, 2017.

6     **SO ORDERED.**

7

8 Dated: May 11, 2017

                              _____

9                                 CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE