1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   ERIN E. MEYER - # 274244
3  emeyer@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
5  Facsimile:   415 397 7188

6  Attorneys for Defendant
   INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>　　　　Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AND ORDER THEREON**<br><br>Date:　　　March 8, 2018<br>Time:　　　10:00 a.m.<br>Courtroom:　7<br>Judge:　　　Morrison C. England, Jr.<br><br>Date Filed: January 5, 2017<br><br>Trial Date: Not Set |

Pursuant to Fed. R. Crim. P. 43, Defendant Ines S. Crosby, having been advised of her right to be present at all stages of the proceedings, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were personally present. Specifically, Defendant requests that the Court proceed in her absence during the upcoming further status conference set for March 8, 2018. Defendant will be away on a previously planned family vacation (approved by Pre-Trial Services) on that date.

Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence. Defendant further agrees that notice to Defendant's attorneys that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal presence.

Dated: February 16, 2018

INES S. CROSBY

I concur in Ms. Crosby's decision to waive her presence at future proceedings.

Dated: February 16, 2018　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: /s/ *Erin E. Meyer*
ERIN E. MEYER

Attorneys for Defendant
INES S. CROSBY

1
WAIVER OF DEFENDANT'S PERSONAL PRESENCE AND ORDER THEREON
Case No. 2:17-CR-0006-MCE

1247055.01

## ORDER

Good cause having been shown and pursuant to the foregoing, Defendant Ines S. Crosby's appearance may be waived at the further status conference on March 8, 2018.

IT IS SO ORDERED.

Dated: February 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE