KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CONDITIONS AND SUPERVISION OF DEFENDANT INES CROSBY**<br><br>Hon. Edmund F. Brennan<br><br>Date Filed: January 5, 2017<br><br>Trial Date: September 30, 2019 |

JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CONDITIONS AND SUPERVISION
OF DEFENDANT INES CROSBY
Case No. 2:17-CR-0006-MCE

1285155.01

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED between plaintiff, United States of America, and |
| 2 | Defendant Ines S. Crosby, through their respective attorneys, that Ms. Crosby's pre-trial |
| 3 | supervision should be terminated and that she should remain out of custody on the presently set |
| 4 | $150,000 unsecured appearance bond. As a condition of her pretrial release, Ms. Crosby shall |
| 5 | comply with all federal, state, and local laws. This stipulation was approved by Pretrial Services |
| 6 | Officer Renee Basurto. |

On January 19, 2017, the Court ordered Ms. Crosby released on conditions of pre-trial supervision and a $150,000 unsecured appearance bond. (ECF Nos. 17 and 21.) Ms. Crosby has remained on pre-trial supervision since that time without incident. Based on the foregoing, the parties stipulate that Ms. Crosby's pre-trial supervision should be terminated, she be ordered released on the presently set $150,000 unsecured appearance bond, and that condition number six, governing her passport, should remain in effect.

Dated: June 8, 2018                 KEKER, VAN NEST & PETERS LLP

By: /s/ *Benedict Y. Hur*
BENEDICT Y. HUR

Attorneys for Defendant
INES S. CROSBY

Dated: June 8, 2018

By: /s/ *Todd A. Pickles* (with permission)
TODD A. PICKLES

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REMOVING CONDITIONS AND SUPERVISION
OF DEFENDANT INES CROSBY
Case No. 2:17-CR-0006-MCE

1285155.01

**ORDER**

The Court, having read and considered the parties' stipulation, that Ines S. Crosby's pre-trial supervision be terminated, hereby orders that she ~~be~~ remain released on the presently set $150,000 unsecured appearance bond, and that condition number six of her conditions of pre-trial release, concerning her passport, shall remain in effect. As a condition of her pretrial release, Ms. Crosby shall comply with all federal, state, and local laws.

DATED: June 11, 2018

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

2
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REMOVING CONDITIONS AND SUPERVISION
OF DEFENDANT INES CROSBY
Case No. 2:17-CR-0006-MCE

1285155.01