UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00006 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **RELATED CASE ORDER** |
| INES S. CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| UMPQUA BANK, (and its Successors and Assignees), | ) ) ) | Case No. 2:22-MC-00176 KJM-JDP |
| | ) | |
| Garnishee. | ) | |
| CORNERSTONE COMMUNITY BANCORP, (and its Successors and Assignees), | ) ) ) ) | Case No. 2:22-MC-00177 WBS-CKD |
| | ) | |
| Garnishee. | ) | |

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

   The parties should be aware that relating the cases under

Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the actions denominated 2:22-MC-00176 KJM-JDP, and 2:22-MC-00177 WBS-CKD, be reassigned to Judge John A. Mendez and Magistrate Judge Kendal J. Newman for all further proceedings, and any dates currently set in the reassigned cases only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:22-MC-00176 JAM-KJN, and 2:22-MC-00177 JAM-KJN.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of miscellaneous cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:  June 17, 2022        /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE