Gene D. Vorobyov
CA Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
INES CROSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs<br><br>INES S. CROSBY,<br><br>　　　　　Defendant. | Case No.: 2:17-cr-00006-JAM-2<br><br>**Order Granting Defendant's Request to Submit Under Seal Confidential Medical Records** |

///

///

///

///

///

///

///

- 1 -

Based on a finding of GOOD CAUSE, the Court orders that the proposed sealed declaration of appointed counsel in support of the defendant's motion to vacate or reduce her sentence, plus Exhibit A (confidential medical records) be filed **UNDER SEAL**.

IT IS SO ORDERED.

Dated: April 22, 2024            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE