Gene David Vorobyov, CA Bar # 200193
Law Office of Gene Vorobyov
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
INES CROSBY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>INES S. CROSBY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:17-cr-00006-JAM-2<br><br>**Order Granting Motion for Early Termination of Supervised Release (ECF No. 219)** |

The Court has considered the Defendant's motion for early termination of supervised release, including the supporting declaration of counsel and exhibits (ECF No. 219), and the Government's statement of non-opposition (ECF No. 220).

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and DISCHARGES Defendant Crosby from supervision for the reasons set forth in Defendant's unopposed motion. It is further ordered that the proceedings in this case be TERMINATED.

IT IS SO ORDERED.

Dated:  January 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE